930

No. 1450. POLSON v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 1451. MAXWELL v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 1464. UNITED MINE WORKERS OF AMERICA v. BLUE DIAMOND COAL CO. C. A. 6th Cir. Certiorari denied.

No. 1490. HOWARD MANUFACTURING CO., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 1498. HUBBARD v. KIEFEL. C. A. 7th Cir. Certiorari denied.

No. 6217. GOULD v. ZELKER, WARDEN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 6244. STARK v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 6600. VIRGA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6624. TATE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6625. POTTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6627. WILSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 6628. PARKER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.